## PROPOSED ORDER/COVER SHEET

**FILED**
JUL - 7 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO: Patricia V. Trumbull
U.S. Magistrate Judge

RE: Louis Bagliere

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR05-00185 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza
Senior U.S. Pretrial Services Officer

408-535-5226
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

JUDICIAL OFFICER                              DATE  ~~June 22, 2005~~ 7/5/05

Cover Sheet (12/03/02)

| | | |
|---|---|---|
| **To:** | Honorable Patricia Trumbull<br>U.S. Magistrate Judge |  |
| **From:** | Jaime A. Carranza<br>Officer in Charge<br>U.S. Pretrial Services | |
| **Subject:** | Louis Bagliere<br>CR05-00185 JF<br>Informational Memorandum | **MEMORANDUM** |
| **Date:** | June 30, 2005 | |

Your Honor:

Mr. Louis Bagliere appeared before Your Honor on June 9, 2005, charged with a violation of Supervised Release. He was released on a $25,000 personal recognizance bond with the following conditions:

1. The defendant shall report to Pretrial Services as directed for the first 30 days and his probation officer thereafter;
2. The defendant shall not travel outside the counties of Alameda and San Mateo counties;
3. The defendant shall not possess any firearm, destructive device, or other dangerous weapons;
4. The defendant shall participate in drug counseling and submit to drug testing, as directed by Pretrial Services;
5. The defendant shall not use alcohol to excess and shall not use or possess any narcotic controlled substance or other controlled substance without a prescription;
6. The defendant shall have no contact with Carlton Perry, Jeanette Boggs, and Nancy Prothro;
7. The defendant shall not change residence without prior approval of Pretrial Services; and
8. The defendant must reside in the halfway house in Oakland, California, and comply with all the rules of the halfway house.

Upon his release from federal custody, Mr. Bagliere entered the halfway house in Oakland, California, as directed. On June 28, 2005, the defendant was returned to state custody in Marin County by a bail bondsmen. Apparently, there was a financial problem with the bond posted by the defendant. Mr. Bagliere is charged with violations of California Penal Code 140(a) - Threat to Use Force or Violence Against (Felony); 245(a)(1) - Assault/Deadly Weapon Other than Firearm (Felony); 422 - Threaten Crime with Intent to Terrorize (Felony); and 459 - Burglary(Felony). According to the Marin County Sheriff's Office, the defendant's bail is set at $150,000 and he is scheduled to appear this morning for a Preliminary Hearing.

MEMORANDUM FOR THE HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE
PAGE 2

RE: BAGLIERE, LOUIS

The defendant is scheduled to appear before U.S. District Court Judge Jeremy Fogel of July 6, 2005, for a Status Hearing.

This memorandum is submitted for Your Honor's information.

Respectfully submitted,

Jaime A. Carranza, Officer in Charge
U.S. Pretrial Services

cc:   Honorable Jeremy Fogel
      U.S. District Court Judge

      Matt Harris, Assistant
      United States Attorney

      Nick Humy, Assistant
      Federal Public Defender

      Joe Martinez
      U.S. Probation Officer